UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CRANE,<br><br>                                  Plaintiff,<br><br>             -against-<br><br>X-PARKER; X-NIXON; JOHN DOE LT.,<br><br>                                  Defendants. | 23-CV-1413 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 4, 2023, the Court granted Plaintiff 60 days' leave to file an amended complaint. On July 6, 2023, the Court received from Plaintiff a letter dated June 30, 2023, in which he requests a 30-day extension of time to file an amended complaint and asks for the Court's assistance in identifying the names of parties he seeks to sue. (ECF 8.)

The Court grants Plaintiff's request for an extension of time to file an amended complaint. Plaintiff must file his amended complaint within 30 days of the date of this order. If Plaintiff does not know the name of a defendant, he may refer to that individual as "John Doe" or "Jane Doe" in both the caption and the body of the amended complaint. Once the Court receives the amended complaint, it will screen the amended complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A(a), and, if appropriate, issue an order under *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), directing the New York State Department of Corrections and Community Supervision to provide assistance in identifying any John Doe defendants.

SO ORDERED.

Dated:   July 7, 2023
            New York, New York

                                                             /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             Chief United States District Judge