UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CRANE,

                Plaintiff,

      -against-

DR. PARKER, et al.,

                Defendants.

**ORDER**

23-CV-1413 (PMH)

PHILIP M. HALPERN, United States District Judge:

    An initial pre-trial conference was scheduled in this matter for February 13, 2024 at 9:30 a.m. (Doc. 20). Plaintiff, proceeding pro se, did not appear for the conference. Accordingly, the Court reschedules the initial pre-trial conference for **March 4, 2024 at 9:30 a.m.**

    At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. It is the responsibility of counsel for Defendant to make prior arrangements with the appropriate facility to have the Plaintiff available via telephone.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated: White Plains, New York
        February 13, 2024

_____
PHILIP M. HALPERN
United States District Judge