UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MICHAEL CRANE,

                Plaintiff,

      - against -

DR. X-PARKER,

                Defendant.
-------------------------------------------------------------- X

23-CV-01413 (PMH)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Michael Crane, DIN 15-B-1683, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is located, and

      Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

Dated:   White Plains, New York
            July 15, 2025

SO ORDERED:

_____
Hon. Philip M. Halpern, U.S.D.J.