UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORDER TO PRODUCE**

---------------------------------------------------------X

7:23-cv-01413(PMH)(JCM)

Michael Crane,

                                    Plaintiff,

            -against-

X-Parker et al..

                                    Defendants.

---------------------------------------------------------X

JUDITH C. MCCARTHY, United States Magistrate Judge

A Settlement Conference is scheduled for February 5, 2026 at 2:00pm between the Court, Plaintiff, Plaintiff's Attorney and counsel for Defendants.

Accordingly, the Warden or other official in charge of the Groveland Correctional Facility is ORDERED to produce Michael Crane, DIN: 15B1683, on February 5, 2026 at 1:30pm until the resolution of the Conference, to a suitable location within the facility equipped with teleconferencing capabilities for the purpose of speaking with counsel and the Court.

**SO ORDERED.**

_____

Judith C. McCarthy
United States Magistrate Judge

Dated: February 2, 2026