**Federal Pro Se Legal Assistance Project SDNY**
City Bar Justice Center

April 9, 2026

**BY ECF**
Honorable Judith C. McCarthy
United States Magistrate Judge
Hon. Charles L. Brient Jr.
Federal Building and United States Courthouse
300 Quarropas St
White Plains, NY 10601-4150

> Application granted. The time to move to reopen is extended to May 11, 2026.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         April 10, 2026

Re: Crane v. X-Parker et al. 7:23-cv-01413 (PMH)(JCM)

Dear Judge McCarthy:

City Bar Justice Center represents Plaintiff for settlement purposes. Plaintiff asks for an extension on the time to submit a signed stipulation of settlement, due to delays inherent in prison mail, and Plaintiff's difficulties in getting his papers notarized.
This request is made on consent.

Respectfully Submitted,

/s/ Jimmy Taylor

Jimmy Taylor
Staff Attorney
City Bar Justice Center
SDNY Federal Pro Se Legal Assistance Project
jtaylor@nycbar.org
212-382-6647

**VIA ECF:**

Maurice Nwikpo-Oppong
NYS Office of The Attorney General
Litigation Bureau
28 Liberty Street
18th Floor
New York, NY 10005
212-416-6097
Email: Maurice.Nwikpo-Oppong@ag.ny.gov